# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 15-08289 |
| | ) | |
| ANDREW FRIEDMAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | **Hearing Date:** **March 16, 2017** |
| | ) | **Hearing Time:** **10:30 a.m.** |
| | ) | **Courtroom:** **644** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **March 16, 2017**, at **10:30 a.m.**, we shall appear before the Honorable Pamela S. Hollis, or such other judge as may be sitting in her stead, in Courtroom 644 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: February 9, 2017

                                          Respectfully submitted,

                                          By:    /s/ *Miriam R. Stein*
                                                 Miriam R. Stein, Chapter 7 Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
mstein@chuhak.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 15-08289 |
| | ) | |
| ANDREW FRIEDMAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:    THE HONORABLE Pamela S. Hollis

NOW COMES Miriam R. Stein, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,541.06 as compensation and $189.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $27,910.28. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $2,291.03 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $3,541.06 | |

## II. TRUSTEE'S EXPENSES

Deposition of Alla Rubina and Michael        $189.00
Friedman, May 27, 2016.

TOTAL EXPENSES                              $189.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   February 9, 2017                    /s/ Miriam R. Stein
                                             Miriam R. Stein, Trustee

Miriam R. Stein (IL ARDC #6238163)
CHUHAK & TECSON
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
312.855.9300
312.368.3870 fax