UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
                                      §
MICHAEL FRIEDMAN                      §    Case No. 15-08289
                                      §
         Debtor                       §
                                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 2,534,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  2,938.12     Claims Discharged
                                                Without Payment:  419,588.96

Total Expenses of Administration:  24,972.50

---

   3) Total gross receipts of $ 30,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,089.38  (see **Exhibit 2**), yielded net receipts of $ 27,910.62  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 162,588.96 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,972.50 | 24,972.50 | 24,972.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 433,465.51 | 171,969.40 | 2,924.04 | 2,938.12 |
| **TOTAL DISBURSEMENTS** | $ 596,054.47 | $ 196,941.90 | $ 27,896.54 | $ 27,910.62 |

4) This case was originally filed under chapter 7 on 03/09/2015. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/21/2017         By: /s/Miriam R. Stein
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER COMPLAINT | 1241-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL FRIEDMAN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,089.38 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,089.38** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CItibank PO Box San Antonio, TX 72845-9004 | | 24,302.00 | NA | NA | 0.00 |
| | Harvey Davidson Credit Corp Depart 1129 Palatine, IL 60055 | | 5,081.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo PO Box 10335 Des Moines, IA  50306 | | 133,205.07 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 162,588.96 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 3,541.06 | 3,541.06 | 3,541.06 |
| Miriam R. Stein | 2200-000 | NA | 189.00 | 189.00 | 189.00 |
| Associated Bank | 2600-000 | NA | 107.46 | 107.46 | 107.46 |
| LAW OFFICES OF WILLIAM J. FACTOR LTD. | 3210-000 | NA | 5,720.00 | 5,720.00 | 5,720.00 |
| LAW OFFICES OF ZANE L. ZIELINSKI | 3210-000 | NA | 13,195.00 | 13,195.00 | 13,195.00 |
| LAW OFFICES OF WILLIAM J. FACTOR LTD. | 3220-000 | NA | 365.00 | 365.00 | 365.00 |
| LAW OFFICES OF ZANE L. ZIELINSKI | 3220-000 | NA | 353.10 | 353.10 | 353.10 |
| ALAN D. LASKO & ASSOCIATES PC | 3410-000 | NA | 1,479.88 | 1,479.88 | 1,479.88 |
| ALAN D. LASKO & ASSOCIATES PC | 3420-000 | NA | 22.00 | 22.00 | 22.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,972.50 | $ 24,972.50 | $ 24,972.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 15019 Willington, DE 19886-5019 | | 28,000.00 | NA | NA | 0.00 |
| | CHASE Box 15298 WILMINGTON, DE 19850-5298 | | 149,000.00 | NA | NA | 0.00 |
| | Jay K. Levy & Associates Box 1181 Evanston, IL 60201 | | 0.00 | NA | NA | 0.00 |
| | PayPal 2211 North First Street San Jose, CA 95131 | | 80,000.00 | NA | NA | 0.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 7100-000 | NA | 124.04 | 124.04 | 124.04 |
| 2 | WESTERN POWER SPORTS, INC. | 7100-000 | 176,465.51 | 171,845.36 | 2,800.00 | 2,800.00 |
| | CAPITAL ONE BANK USA, N.A. | 7990-000 | NA | NA | NA | 0.60 |
| | WESTERN POWER SPORTS, INC. | 7990-000 | NA | NA | NA | 13.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 433,465.51 | $ 171,969.40 | $ 2,924.04 | $ 2,938.12 |

Page: 1

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-08289 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Miriam R. Stein |
| Case Name: | MICHAEL FRIEDMAN | | | | Date Filed (f) or Converted (c): | 03/09/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/15/2015 |
| For Period Ending: | 04/21/2017 | | | | Claims Bar Date: | 07/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 505 DUNSTEN CIRCLE, NORTHBROOK, IL | 255,000.00 | 98,500.00 | | 0.00 | FA |
| 2. CASH ON HAND (VARIES) | 100.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT (BALANCE VARIES) | 150.00 | 0.00 | | 0.00 | FA |
| 4. ORDINARY HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING ELECTRON | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. FAMILY PICTURES, BOOKS, ETC. (NO OBJECTIVE VALUE) | 100.00 | 0.00 | | 0.00 | FA |
| 6. LOT OF ORDINARY AND NECESSARY WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. WATCH, WEDDING RING, ETC. | 100.00 | 0.00 | | 0.00 | FA |
| 8. ORDINARY SPORTS AND HOBBY EQUIPMENT | 50.00 | 50.00 | | 0.00 | FA |
| 9. LIFE INSURANCE POLICY (NO CSV, WIFE IS PRIMARY BENEFICIARY) | Unknown | Unknown | | 0.00 | FA |
| 10. LIFE ANNUITY FOR RETIREMENT(VARIABLE ANNUALLY) | 30,000.00 | 0.00 | | 0.00 | FA |
| 11. IRA | 69,000.00 | 0.00 | | 0.00 | FA |
| 12. STOCK - SEE FORM 1 NOTES BELOW | Unknown | Unknown | | 0.00 | FA |
| 13. STOCK - SEE ASSET NOTES BELOW | Unknown | Unknown | | 0.00 | FA |
| 14. 2001 ACURA MDX WITH 180K MILES | 1,900.00 | 300.00 | | 0.00 | FA |
| 15. 2011 HARVEY DAVIDSON (TITLE IN DEBTOR'S NAME BUT RIDER'S NEE | 9,000.00 | 0.00 | OA | 0.00 | FA |
| 16. TOOLS OF THE TRADE (CARPENTRY/CONSTRUCTION TOOLS) | 1,500.00 | 0.00 | | 0.00 | FA |
| 17. FRAUDULENT TRANSFER COMPLAINT (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $368,900.00 | $128,850.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Debtor taking exemption under: 735 ILCS 5 12-901735 ILCS 5 12-901 and 11 USC 522(b)(3)(B)<br>TRUSTEE HAS FILED FRAUDULENT TRANSFER COMPLAINT AND OBJECTION TO EXEMPTIONS. |
| RE PROP # | 12 | -- | PYA (NOT A SEPARATE ENTITY - IT IS "PRIOR YEAR'S ADJUSTMENTS from tax return, related to Rider's Needs, Inc.) (no longer operating) |
| RE PROP # | 13 | -- | RIDER'S NEEDS, INC. SHOWN AS OWNER ALTHOUGH IT WAS SON'S BUSINESS (in liquidation) |
| RE PROP # | 17 | -- | Stein v. Freidman and Alla Rubina; Case No. 15-00405 |

Initial Projected Date of Final Report (TFR): 05/31/2016         Current Projected Date of Final Report (TFR): 02/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-08289 | Trustee Name: Miriam R. Stein |
| Case Name: MICHAEL FRIEDMAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8754 |
| | Checking |
| Taxpayer ID No: XX-XXX4056 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/16 | 17 | Andrew J. Maxwell Client Trust Account<br>105 W. Adams Street, Suite 3200<br>Chicago, IL 60603 | Settlement Payment - Order dated 7/19/16 | 1241-000 | $30,000.00 | | $30,000.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.64 | $29,968.36 |
| 10/06/16 | 101 | LAW OFFICES OF ZANE L. ZIELINSKI, P.C.<br>6336 NORTH CICERO AVE., SUITE 201<br>CHICAGO, IL 60646 | Court Order dated 10/4/16 | | | $13,548.10 | $16,420.26 |
| | | LAW OFFICES OF ZANE L. ZIELINSKI | ($13,195.00) | 3210-000 | | | |
| | | LAW OFFICES OF ZANE L. ZIELINSKI | ($353.10) | 3220-000 | | | |
| 10/06/16 | 102 | FACTORLAW<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Order dated 10/4/16 | | | $6,085.00 | $10,335.26 |
| | | LAW OFFICES OF WILLIAM J. FACTOR LTD. | ($5,720.00) | 3210-000 | | | |
| | | LAW OFFICES OF WILLIAM J. FACTOR LTD. | ($365.00) | 3220-000 | | | |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.12 | $10,292.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.70 | $10,259.44 |
| 03/21/17 | 103 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Distribution | | | $3,730.06 | $6,529.38 |
| | | Miriam R. Stein | Final distribution representing a payment of 100.00 % per court order. | ($3,541.06) | 2100-000 | | |
| | | Miriam R. Stein | Final distribution representing a payment of 100.00 % per court order. | ($189.00) | 2200-000 | | |

Page Subtotals:  $30,000.00  $23,470.62

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-08289 | Trustee Name: Miriam R. Stein |
| Case Name: MICHAEL FRIEDMAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8754 |
| | Checking |
| Taxpayer ID No: XX-XXX4056 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/17 | 104 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Distribution | | | $1,501.88 | $5,027.50 |
| | | ALAN D. LASKO & ASSOCIATES PC | Final distribution representing a payment of 100.00 % per court order. ($1,479.88) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES PC | Final distribution representing a payment of 100.00 % per court order. ($22.00) | 3420-000 | | | |
| 03/21/17 | 105 | CAPITAL ONE BANK USA, N.A.<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $124.64 | $4,902.86 |
| | | | ($0.60) | 7990-000 | | | |
| | | CAPITAL ONE BANK USA, N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($124.04) | 7100-000 | | | |
| 03/21/17 | 106 | WESTERN POWER SPORTS, INC.<br>C/O JAY K. LEVY & ASSOCIATES<br>PO BOX 1181<br>EVANSTON, IL 60201 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $2,813.48 | $2,089.38 |
| | | | ($13.48) | 7990-000 | | | |
| | | WESTERN POWER SPORTS, INC. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($2,800.00) | 7100-000 | | | |
| 03/21/17 | 107 | MICHAEL FRIEDMAN<br>505 DUNSTEN CIRCLE<br>NORTHBROOK, IL  60062 | Distribution of surplus funds to debtor. | 8200-002 | | $2,089.38 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $2,089.38 |
| Page Subtotals: | $0.00 | $6,529.38 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Net    $30,000.00    $27,910.62

Exhibit 9

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8754 - Checking | $30,000.00 | $27,910.62 | $0.00 |
|  | $30,000.00 | $27,910.62 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals:    $0.00    $0.00